DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEO V. HACKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 99-05265 OWW |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE HEARING ON MOTION TO REDUCE SENTENCE** |
| v. | |
| LEO V. HACKETT, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

Defendant, LEO V. HACKETT, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly Sanchez, hereby stipulate that the further hearing on Mr. Hackett's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) be

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  continued from November 10, 2008, to Monday, November 17, 2008 at 11:00
2  a.m.
3  Dated:  October 10, 2008
4  Respectfully submitted,

5  McGREGOR SCOTT                          DANIEL J. BRODERICK
   United States Attorney                  Federal Defender
6

7
    /s/ *Kimberly  Sanchez*                 /s/ *David M. Porter*
8  KIMBERLY SANCHEZ                        DAVID M. PORTER
   Assistant U.S. Attorney                 Assistant Federal Defender
9
   Attorney for Plaintiff                  Attorney for Movant
10 UNITED STATES OF AMERICA                LEO V. HACKETT

11                                    **ORDER**

12      Pursuant to the parties' stipulation, and good cause appearing
13 therefor, the further hearing on Mr. Hackett's motion to reduce his
14 sentence is **CONTINUED** from November 10, 2008, to **Monday, November 17,**
15 **2008, at 11:00 a.m.**  The schedule for further briefing remains
16 unchanged.
17 IT IS SO ORDERED.
18 **Dated:   October 10, 2008**              /s/ **Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO
HEAVING DATE
                                    -2-