DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEO V. HACKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 99-05265 OWW |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST TO CONTINUE** |
| | ) **HEARING ON MOTION TO REDUCE** |
| v. | ) **SENTENCE** |
| LEO V. HACKETT, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |

Defendant, LEO V. HACKETT, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly Sanchez, hereby stipulate that the further hearing on Mr. Hackett's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) be continued from November 17, 2008, to Monday, December 15, 2008 at 11:00 a.m., in light of the parties' efforts to reach a stipulated resolution

/ / /

/ / /

/ / /

/ / /

/ / /

of the motion.

Dated:  November 12, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Kimberly Sanchez* | /s/ *David M. Porter* |
| KIMBERLY SANCHEZ | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | LEO V. HACKETT |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the further hearing on Mr. Hackett's motion to reduce his sentence is **CONTINUED** from November 17, 2008, to **Monday, December 15, 2008, at 11:00 a.m.**  Defendant's reply brief is due December 8, 2008. IT IS SO ORDERED.

**Dated:   November 12, 2008**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE
HEARING DATE

-2-