DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEO V. HACKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LEO V. HACKETT,<br><br>        Defendant. | No. Cr. F 99-05265 OWW<br><br>**STIPULATED MOTION and ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

    Defendant, LEO V. HACKETT, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly Sanchez, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Mr. Hackett was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3. Based upon the facts and circumstances of this case, including the defendant's background and disciplinary record while in prison, the parties have agreed to a one-level reduction in offense level, thereby reducing the defendant's offense level from 32 to 31, and an appropriate sentence taking into consideration all the factors set forth in 18 U.S.C. § 3553(a) would be 146 months on all counts;

4. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Hackett's term of imprisonment to an aggregate term of 146 months on all counts.

Dated: December 4, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| /s/ *Kimberly Sanchez* | /s/ *David M. Porter* |
| KIMBERLY SANCHEZ | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | LEO V. HACKETT |

**ORDER**

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed June 11, 2008. The matter is set for further hearing on December 15, 2008, but in light of the parties' stipulation, that hearing is VACATED.

On April 16, 2001, this Court sentenced Mr. Hackett to a term of imprisonment of 164 months. The parties agree, and the Court finds, that application of the retroactive amendment reducing crack cocaine penalties reduces the applicable offense level from 32 to 31, and that an appropriate sentence taking into consideration all the factors set

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

forth in 18 U.S.C. § 3553(a) would be 146 months.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 146 months on all counts;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Hackett shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:  December 4, 2008**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-