# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
|  ) | Case No: 1:99-CR-5265 OWW |
|  ) | USM No: 59074-097 |
| Date of Previous Judgment: Amended 5/8/01 ) | DAVID M. PORTER |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.     X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of    164    months **is reduced to**    146 months    .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 31 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 135 to 168 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated    5/8/01    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    12/11/08                                          /s/ OLIVER W. WANGER
                                                                         Judge's signature

Effective Date:   12/4/2008                                  OLIVER W. WANGER, US DISTRICT JUDGE
       (if different from order date)                              Printed name and title