# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Leo V. Hackett | ) Case No: 1:99-CR-5265 OWW |
| | ) USM No: 59074-097 |
| Date of Previous Judgment: Amended 5/8/01 | ) DAVID M. PORTER |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  164  months **is reduced to**  146 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  32            Amended Offense Level:  31
Criminal History Category:  III        Criminal History Category:  III
Previous Guideline Range:  151  to  188  months    Amended Guideline Range:  135  to  168  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  5/8/01  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/11/08                              /s/ OLIVER W. WANGER
                                                         Judge's signature

Effective Date: 12/4/2008                    OLIVER W. WANGER, US DISTRICT JUDGE
       (if different from order date)                  Printed name and title