Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **LEO V. HACKETT** |
| **Docket Number:** | 1:99CR05265-01 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/16/2001 |
| **Original Offense:** | Count 1: 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base (CLASS C FELONY)<br>Count 2: 21 USC 841(a)(1) and 18 USC 2, Distribution of Cocaine Base and Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | Sentenced to 164 months Bureau of Prisons; 36 months supervised release; mandatory drug testing; $200 special assessment |
| **Special Conditions:** | Special Conditions: 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Pager/cellular phone restriction; 5) Drug Registration |
| **Amended Sentence:** | 12/11/2008; Sentence reduced to 146 months Bureau of Prisons |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/03/2010 |
| **Assistant U.S. Attorney:** | Kenneth B. Julian   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Stephen Mensel   **Telephone:** (559) 237-2600 |
| **Other Court Action:** | None |

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **HACKETT, Leo V.**
      **Docket Number:  1:99CR05265-01 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, Turning Point of Central California, for a period of up to 120 days; said placement shall commence at the discretion of the United States Probation Officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On December 3, 2010, the offender was released from custody to the Eastern District of California, at which time his term of supervision commenced.  The offender has maintained compliance with all aspects of supervision and has not incurred any new law violations or pending criminal matters.  In addition, he has kept all substance abuse treatment appointments, which he will continue to attend until successful completion.

On February 25, 2011, the offender reported his status as homeless since he can no longer reside with his sister due to family conflict; however, he located an aunt who allowed him to stay at her residence for a week.  On February 28, 2011, this officer met with the offender at which time it was determined there are no other viable housing options at this time.  It was agreed that a placement in a residential re-entry center would be appropriate at this time.  Such a modification would provide a stable environment and the offender can continue to attend substance abuse treatment.  Further, the community residential re-entry center would provide job placement assistance and life skills needed to transition back into the community.  He voluntarily accepted the proposed modification and has signed Probation Form 49a, Waiver of Hearing to Modify Conditions, which is provided for the Court's review.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:     HACKETT, Leo V.
        **Docket Number:  1:99CR05265-01 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                        Respectfully submitted,

                        /s/ Rick C. Tarazon

                        **RICK C. TARAZON**
                        **United States Probation Officer**
                        Telephone:  (559) 499-5700


DATED:      March 1, 2011
            Fresno, California
            RCT


REVIEWED BY:     **/s/ Robert Ramirez**
                 **ROBERT RAMIREZ**
                 **Supervising United States Probation Officer**

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **HACKETT, Leo V.**
      **Docket Number:  1:99CR05265-01 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


March 4, 2011                                      /s/ OLIVER W. WANGER
**Date**                                          **Signature of Judicial Officer**

cc:   United States Probation
      Kenneth B. Julian, Assistant United States Attorney
      Stephen Mensel, Defense Counsel
      Defendant
      Court File

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG