# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>     v.<br><br>**LEO V HACKETT**<br><br>                Defendant. | 1:99-CR-5265 DAD |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

      ☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Leo V. Hackett
Detained at: USP Marion
Detainee is:
    a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
          charging detainee with: Violation of supervised release
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH] in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: Kimberly A. Sanchez/559.497.4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**] and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 7, 2016        /s/ *Barbara A. McAuliffe*
                                        Honorable Barbara A. McAuliffe,
                                        U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male    ☐ Female |
| Booking or CDC #: 59074-097 | DOB: |
| Facility Address: 4500 Prison Road, Marion IL 62959 | Race: |
| Facility Phone: | FBI#: |
| Currently | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                              (signature)